# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMAL TALIB, individually and as a representative of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>AT HOME GROUP INC., AT HOME STORES LLC, and AT HOME PROCUREMENT INC.,<br><br>  Defendants. | Civil No. 1:23-cv-06807<br>District Judge: Jeffrey I. Cummings<br>Magistrate Judge: Sheila M. Finnegan |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

All parties to this action stipulate to voluntarily dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The claims of putative class members are dismissed without prejudice. Each side shall bear their own fees and costs (except as otherwise agreed by the parties).

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted, |
| By: */s/ Daniel L. Stanner* | By: */s/ Frank A. Bartela* |

Daniel L. Stanner
TABET DIVITO & ROTHSTEIN
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Direct: (312) 762-9461
dstanner@tdrlaw.com

Cortlin H. Lannin (admitted *pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Direct: (415) 591-7078
clannin@cov.com

Stephen M. Rees
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Direct: (202) 662-5262
srees@cov.com

*Attorneys for Defendants At Home Group Inc., At Home Stores LLC, and At Home Procurement Inc.*

Frank A. Bartela, Esq. (OH Bar #0088128)*
Nicole T. Fiorelli, Esq. (OH Bar #0079204)
**DWORKEN & BERNSTEIN CO., LPA**
60 South Park Place
Painesville, OH 44077
Telephone: (440) 352-3391
    fbartela@dworkenlaw.com
    nfiorelli@dworkenlaw.com
*\*Admitted to practice in the Northern District of Illinois*

Andrea R. Gold (Bar No. 6282969)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
    agold@tzlegal.com

*Attorneys for Plaintiff Amal Talib*